UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       *Plaintiff*,

v.                                            Case No. 19 mj 13

BRYAN D. ROGERS,

       *Defendant*.

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that Hurley Burish, S.C., by Jonas B. Bednarek and Marcus J. Berghahn, has been retained as counsel for Bryan Rogers in the above action.

Dated this <u>4th</u> day of February, 2019.

                                                              Respectfully submitted,

                                                              BRYAN D. ROGERS, *Defendant*

                                                              */s/ Jonas B. Bednarek*
                                                              Jonas B. Bednarek
                                                              *Wisconsin Bar. No.* 1032034
                                                              jbednarek@hurleyburish.com
                                                              Marcus J. Berghahn
                                                              *Wisconsin Bar No.* 1026953

HURLEY BURISH, S.C.                                 mberghahn@hurleyburish.com
33 E. Main Street, Suite 400
Madison, WI 53701-1528
(608) 257-0945